No. 520, Misc. ALMOND *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 552, Misc. AMASS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Benjamin Vinar* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 561, Misc. BROWN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *William M. Kunstler, Arthur Kinoy, Murphy Bell, Howard Moore, Jr., Morton Stavis,* and *Dennis J. Roberts* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 565, Misc. WITT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *J. Perry Langford* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Jerome M. Feit* for the United States.

No. 574, Misc. ELKSNIS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 634, Misc. SMITH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 638, Misc. FRYE *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.